FILED
CLERK
March 15, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE

DATE:  03/15/2023
TIME:  1:00 PM

☐ **SEALED PROCEEDING**

### CRIMINAL CAUSE FOR ARRAIGNMENT ON INDICTMENT
### CASE & DOCKET No.:  2:22-cr-00429-JMA-USA v. Arevalo-Chavez

**DEFENDANT:   Vladimir Antonio Arevalo-Chavez**          **DEF. #  1**
☒ Present    ☐ Not Present    ☒ Custody    ☐ Bail/Surrender

**DEFENSE COUNSEL**:  Sabrina P. Shroff
☐ Federal Defender    ☒ CJA    ☐ Retained

**DEFENDANT:   Walter Yovani Hernandez-Rivera**          **DEF. #  5**
☒ Present    ☐ Not Present    ☒ Custody    ☐ Bail/Surrender

**DEFENSE COUNSEL**:  Steve Zissou
☐ Federal Defender    ☒ CJA    ☐ Retained

**DEFENDANT:   Marlon Antonio Menjivar-Portillo**          **DEF. #  7**
☒ Present    ☐ Not Present    ☒ Custody    ☐ Bail/Surrender

**DEFENSE COUNSEL**:  Glenn A. Obedin
☐ Federal Defender    ☒ CJA    ☐ Retained

**A.U.S.A.**:   John Joseph Durham

INTERPRETER:   (Spanish)  Rafael Rodriguez

PRETRIAL OFFICER:

FTR LOG :     3:04-3:34                         MAGISTRATE DEPUTY: DJF

☒ Case called       ☒ Counsel for all sides present

☒ CJA Counsel, Sabrina P. Shroff, is appointed as Counsel for Defendant Vladimir Antonio Arevalo-Chavez.

☒ CJA Counsel, Steve Zissou, is appointed as Counsel for Defendant Walter Yovani Hernandez-Rivera.

☒ CJA Counsel, Glenn A. Obedin, is appointed as Counsel for Defendant Marlon Antonio Menjivar-Portillo.

☒ Counsel for the Defense and Government has been advised of the Brady v. Maryland Rule 5(f) obligations as stated on the record.

☒ Initial Appearances and Arraignments held on the Indictment.

☒ Defendants arraigned and informed of their rights.

☒ Defendants waive a public reading of the Indictment.

☒ Defendants enter pleas of Not Guilty to the Indictment.

☒ Waivers of Speedy Trial executed; time excluded from  03/15/2023  through  04/27/2023.

☐ Order Setting Conditions of Release and Bond continued.

☒ Permanent Orders of Detention entered.

☐ Temporary Order of Detention entered.

　　☐ Detention Hearing scheduled for:

☐ Bail Hearing held.  Disposition:

☒ Next Court appearance scheduled for   April 27, 2023 at 11:30 AM before Judge Joan M. Azrack in Courtroom 920.

☒ Defendant:   ☒ Continued in Custody

　　　　　　　☐ Bail Set/Continued

OTHER.  Counsel for Defendant Vladimir Antonio Arevalo-Chavez will advise the Government by letter if she wants the El Salvador Consulate notified.  Counsel for Defendant Walter Yovani Hernandez-Rivera has not decided if he wants the El Salvador consulate notified.  Counsel for Defendant Marlon Antonio Menjivar-Portillo requested that the El Salvador Consulate not be notified.  All three Defendants did not have a bail package to present, however, would like to reserve their rights to present a bail package at a future date.