BEFORE: JOAN M. AZRACK  
UNITED STATES DISTRICT JUDGE

DATE: 7/11/2023  
TIME: 1:00 PM (35 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 22-cr-429**

**FILED  
CLERK**

4:06 pm, Jul 11, 2023

**U.S. DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
LONG ISLAND OFFICE**

**DEFENDANT: Vladimir Arevalo-Chavez**    **DEF. #: 1**  
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail  
**DEFENSE COUNSEL: Glenn Obedin for Sabrina Shroff**  
☐ Federal Defender    ☒ CJA    ☐ Retained

**DEFENDANT: Jose Ayala-Alcantara**    **DEF. #: 2**  
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail  
**DEFENSE COUNSEL: Donald DuBoulay**  
☐ Federal Defender    ☒ CJA    ☐ Retained

**DEFENDANT: Walter Hernandez-Rivera**    **DEF. #: 5**  
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail  
**DEFENSE COUNSEL: Donald DuBoulay for Steven Zissou**  
☐ Federal Defender    ☒ CJA    ☐ Retained

**DEFENDANT: Marlon Menjivar-Portillo**    **DEF. #: 7**  
☒ Present    ☐ Not present    ☒ Custody    ☐ Bail  
**DEFENSE COUNSEL: Glenn Obedin**  
☐ Federal Defender    ☒ CJA    ☐ Retained

**AUSA: John Durham, Justina Geraci**

INTERPRETER: Maya Gray (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Lisa Schmid        COURTROOM DEPUTY: LMP

☒    Case Called.    ☒    Counsel present for all sides.  
☐    All parties consent to appear telephonically.  
☐    Initial Appearance and Arraignment held.  
☐    Defendant waives public reading of the Indictment and enters a plea of not guilty.  
☒    Waiver of speedy trial executed; time excluded from 7/11/2023 through 10/19/2023.  
☐    Order setting conditions of release and bond entered.  
☐    Permanent order of detention entered.  
☐    Temporary order of detention entered.  
    ☐ Detention hearing scheduled for  .  
☐    Bail hearing held. Disposition:  
☒    Next court appearance scheduled for 10/19/2023 at 1:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

Defendants    ☐    Released on Bond    ☒    Remain in Custody.

OTHER: Government to follow up with the MDC re medical treatment for Ayala-Alcantara and housing issues for all defendants. A status report should be filed with the Court by 7/18/2023.