BEFORE: JOAN M. AZRACK  　　　　　　　　　　　　　DATE: 6/13/2024
UNITED STATES DISTRICT JUDGE  　　　　　　　　　 TIME: 10:45 AM (35 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 22-cr-429**

FILED
CLERK
12:19 pm, Jun 13, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENDANT: Vladimir Arevalo-Chavez**　　　**DEF. #: 1**
☒ Present　　☐ Not present　☒ Custody　　☐ Bail
**DEFENSE COUNSEL: Donald DuBoulay for Sabrina Shroff**
☐ Federal Defender　　　☒ CJA　　　☐ Retained

**DEFENDANT: Jose Ayala-Alcantara**　　　**DEF. #: 2**
☒ Present　　☐ Not present　☒ Custody　　☐ Bail
**DEFENSE COUNSEL: Donald DuBoulay**
☐ Federal Defender　　　☒ CJA　　　☐ Retained

**DEFENDANT: Marlon Menjivar-Portillo**　　　**DEF. #: 7**
☒ Present　　☐ Not present　☒ Custody　　☐ Bail
**DEFENSE COUNSEL: Glenn Obedin**
☐ Federal Defender　　　☒ CJA　　　☐ Retained

**AUSA: John Durham**

INTERPRETER: Maya Gray (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Denise Parisi　　　　　COURTROOM DEPUTY: LMP

☒　Case Called.　　☒　Counsel present for all sides.
☐　All parties consent to appear telephonically.
☐　Initial Appearance and Arraignment held.
☐　Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒　Waiver of speedy trial executed; time excluded from 6/13/2024 through 9/25/2024.
☐　Order setting conditions of release and bond entered.
☐　Permanent order of detention entered.
☐　Temporary order of detention entered.
　　　☐ Detention hearing scheduled for  .
☐　Bail hearing held. Disposition:
☒　Next court appearance scheduled for 9/25/2024 at 12:30 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

☒　OTHER: Dft Arevalo-Chavez consents to appear with co-counsel in Ms. Shroff's stead. Defendant Arevalo-Chavez wishes to proceed with Ms. Shroff as counsel. **However, if she misses the next conference date she will be relieved as counsel.** Rulings set forth on the record for phone calls and job opportunities within the MDC.

Defendants　　☐　Released on Bond　　　　☒　Remain in Custody.