BEFORE: JOAN M. AZRACK             DATE: 4/1/2025
UNITED STATES DISTRICT JUDGE           TIME: 12:00 PM (20 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**FILED CLERK**
4/1/2025 2:34 pm
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DOCKET NO. 22-cr-429**

**DEFENDANT: Vladimir Arevalo-Chavez**     **DEF. #: 1**
☒ Present     ☐ Not present   ☒ Custody     ☐ Bail
**DEFENSE COUNSEL: Louis Freeman**
☐ Federal Defender         ☒ CJA        ☐ Retained

**DEFENDANT: Jose Wilfredo Ayala-Alcantara**     **DEF. #: 2**
☒ Present     ☐ Not present   ☒ Custody     ☐ Bail
**DEFENSE COUNSEL: Donald Dennis DuBoulay**
☐ Federal Defender         ☒ CJA        ☐ Retained

**DEFENDANT: Francisco Javier Roman-Bardales**     **DEF. #: 10**
☒ Present     ☐ Not present   ☒ Custody     ☐ Bail
**DEFENSE COUNSEL: Murray Singer, Joshua Dratel**
☐ Federal Defender         ☒ CJA        ☐ Retained

**AUSA: Justina Geraci, Paul Scotti**

INTERPRETER: Guadalupe Alvarez (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Marie Foley        COURTROOM DEPUTY: LMP

☒    Case Called.       ☒    Counsel present for all sides.
☐    All parties consent to appear telephonically.
☐    Initial Appearance and Arraignment held.
☐    Government reminded of the Rule 5(f) obligation.
☐    Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒    Waiver of speedy trial executed; time excluded from 4/1/2025 through 9/3/2025.
☐    Order setting conditions of release and bond entered.
☒    Permanent order of detention entered.
☐    Temporary order of detention entered.
       ☐   Detention hearing scheduled for __.
☐    Bail hearing held. Disposition:
☒    Next court appearance scheduled for 9/3/2025 at 12:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

☒    OTHER: Complex case designation remains in place.

Defendants     ☐   Released on Bond       ☒   Remain in Custody.