UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

VLADIMIR ANTONIO AREVALO-CHAVEZ,

          Defendant.

- - - - - - - - - - - - - - -X

ORDER

Docket No. 22-CR-429 (JMA)

      Upon the application of John J. Durham, United States Attorney for the Eastern District of New York, it is hereby ORDERED that the underlying indictment, Criminal Docket No. 22-429 Document 18, be dismissed without prejudice, with respect to the above-referenced defendant only.

Dated:    Central Islip, New York
           April _____, 2025

                                          _____
                                          HONORABLE JOAN M. AZRACK
                                          UNITED STATES DISTRICT JUDGE
                                          EASTERN DISTRICT OF NEW YORK