TO: **Clerk's Office**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

*******************************************

USA

-v-

22-cr-429

Docket Number

*******************************************

SUBMITTED BY: Plaintiff ☐ Defendant ☐ DOJ ☐
Name: _____
Firm Name: _____
Address: _____

Phone Number: _____
E-Mail Address: _____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☐ NO ☐
If yes, state description of document to be entered on docket sheet:

A) **If pursuant to a prior Court Order**:
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

B) **If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: 04/02/2025 , NEW YORK

/s/ Joan M. Azrack
**U.S. DISTRICT JUDGE**/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE _____
DATE

**MANDATORY CERTIFICATION OF SERVICE**:
A.) ☐ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ____; or **C.)** ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____        _____
DATE                    SIGNATURE