FREEMAN, NOOTER & GINSBERG
ATTORNEYS AT LAW

LOUIS M. FREEMAN                                                    75 MAIDEN LANE
THOMAS H. NOOTER*                                                        SUITE 907
LEE A. GINSBERG                                              NEW YORK, N.Y. 10038

                                                               (212) 608 0808
*NY AND CALIF. BARS                                        Cell: (917) 847 1361

April 15, 2025

**REQUEST TO BE FILED UNDER SEAL**

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE:          United States v. Vladimir Antonio Arevalo-Chavez
             Criminal Docket No. 22-429 (JMA)

Dear Judge Azrack:

       We are writing in response to the Court's directive to make our positions
clear on whether the documents and proceedings related to the government's
motion to dismiss the indictment should be unsealed, as stated in the Court's Order
of April 14, 2025.

       We previously consented to having the communications with the Court be
under seal as we conducted our own investigation and made an assessment of what
rights of our client might be affected by the motion to dismiss.

       At this time we note that the government's letter dated today does not really
spell out what the "geopolitical and national security concerns" are that would
apply to this case, or why any government staff would be endangered by the
publication of the government's motion to dismiss and the response we intend to
file.

       At this time we see no compelling argument for maintaining these
documents under seal, but in no way are we conceding our right to move to oppose
the motion to dismiss, to oppose any such dismissal being without prejudice, or to

demand that our client's rights under the immigration laws and treaty obligations of the United States be afforded him so that he can contest any effort to remove him to a country where he likely faces persecution, torture, or even death at the hands of, or with the acquiescence of, the government of El Salvador.

Sincerely,

*/s/ Louis M. Freeman*
Louis M. Freeman

*/s/ Thomas H. Nooter*
Thomas H. Nooter
Attorneys for Defendant Averalo-Chavez

cc:    John J. Durham, United States Attorney, by
          Justina Geraci, Assistant United States Attorney
          (By email)