TO: **Clerk's Office**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

USA

-v-

2-cr-429

Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff ☐ Defendant ☐ DOJ ☐
Name: _____
Firm Name: _____
Address: _____

Phone Number: _____
E-Mail Address: _____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☐ NO ☐
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B) If a _new_ application,** the statute, regulation, or other legal basis that authorizes filing under seal

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY _NOT_ BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: 04/30/2025                , NEW YORK

/s/ Joan M. Azrack
**U.S. DISTRICT JUDGE**/~~U.S. MAGISTRATE JUDGE~~

RECEIVED IN CLERK'S OFFICE _____
                                          DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ☐ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____ ; or **C.)** ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____          _____
DATE                              SIGNATURE