**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# USA

-v-

## 22-cr-429

_____
Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff ☐ Defendant ☐ DOJ ☐
Name:_____
Firm Name:_____
Address:_____
_____
Phone Number:_____
E-Mail Address:_____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☐ NO ☐
**If yes, state description of document to be entered on docket sheet:**

**A) If pursuant to a prior Court Order**:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a _new_ application,** the statute, regulation, or other legal basis that authorizes filing under seal

_____
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY _NOT_ BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: 05/14/2025                , NEW YORK

/s/ Joan M. Azrack

**U.S. DISTRICT JUDGE/~~U.S. MAGISTRATE JUDGE~~**
RECEIVED IN CLERK'S OFFICE_____
DATE

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** ☐ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:____; or **C.)** ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____          _____
DATE                                      SIGNATURE