FILED
CLERK

5/22/2025 12:10 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -

VLADIMIR ANTONIO AREVALO-CHAVEZ
    also known as "Vampiro de Monserrat
    Criminales,"
JOSE WILFREDO AYALA-ALCANTARA
    also known as "Indio de Hollywood,"
EDWIN ERNESTO CEDILLOS-RODRIGUEZ
    also known as "Renuente de Abriles
    Dangers,"
JORGE ALEXANDER DE LA CRUZ
    also known as "Cruger de Peatonales,"
WALTER YOVANI HERNANDEZ-RIVERA
    also known as "Baxter de Park View,"
    and "Bastard de Park View,"
JUAN ANTONIO MARTINEZ-ABREGO
    also known as "Mary Jane de Hollywood,"
MARLON ANTONIO MENJIVAR-PORTILLO
    also known as "Rojo de Park View,"
CARLOS TIBERIO RAMIREZ-VALLADARES
    also known as "Snayder de Pasadena,"
DANY FREDY RAMOS-MEJIA
    also known as "Cisco de Teclas,"
FRANCISCO JAVIER ROMAN-BARDALES
    also known as "Veterano de Tribus,"
DANY BALMORE ROMERO-GARCIA
    also known as "Big Boy de Normandies,"
    "Dig Boy de Normandies," and
    "D Boy de Normandies,
RUBEN ANTONIO ROSA-LOVO
    also known as "Chivo de Centrales," and
MIGUEL ANGEL SERRANO-MEDINA
    also known as "Cabro de Park View,"

        Defendants.
----------------------------------------------------------------X

**ORDER**
22-CR-429 (JMA)(AYS)

**AZRACK, United States District Judge:**

    On April 1, 2025, the Government filed a motion to dismiss the indictment against Defendant Vladimir Antonio Arevalo-Chavez ("Defendant") under seal. (ECF No. 155.) The

1

Government and Defendant subsequently filed additional submissions under seal concerning the motion to dismiss. On April 14, 2025, the Court directed the Government and Defendant to show cause, in writing, on April 15, 2025: "(1) why the Court should not unseal ECF Nos. 155, 156, 157, 158, 159, and 160 and the Court's April 3, 2025 Order, April 4, 2025 Order, and April 11, 2025 Order; and (2) why any future filings concerning this motion should not be filed on the publicly available docket and why any future proceedings in court concerning this motion should not be held in open court." The parties filed responses to the Court's order to show cause on April 15, 2025. The Government asserted that the motion to dismiss and all related filings should remain under seal, while Defendant asserted that there was "no compelling argument for maintaining these documents under seal," (ECF No. 166). Having considered the parties' responses and all relevant filings, the Court has determined that the following filings should no longer be sealed and directs the Clerk of Court to unseal ECF Nos. 155, 156, 157, 158, 159, 160, 165, 166, 167, and 171 as well as the Court's April 3, 2025 Order, April 4, 2025 Order, April 11, 2025 Order regarding ECF No. 158, April 14, 2024 Order, May 1, 2025 Order, and May 15, 2025 Order.

The Court will issue a separate Memorandum and Order that explains the Court's decision concerning unsealing.

In a separate sealed order that will be docketed today, the Court is also ordering the Government to show cause why ECF Nos. 170, 173, 174, and 175 should not be unsealed.

**SO ORDERED.**

Dated: May 22, 2025
Central Islip, New York

                      /s/ (JMA)
                   JOAN M. AZRACK
                   UNITED STATES DISTRICT JUDGE