



# AREVALO CHAVEZ, VLADIMIR ANTONIO

Wanted by **El Salvador**

## Identity particulars

| | |
|---|---|
| Family name | **AREVALO CHAVEZ** |
| Forename | **VLADIMIR ANTONIO** |
| Gender | **Male** |
| Date of birth | **30/10/1975 (49 years old)** |
| Place of birth | **MUNICIPIO DE SANTA TECLA, DEPARTAMENTO DE LA LIBERTAD, El Salvador** |
| Nationality | **El Salvador** |

## Physical description

| | |
|---|---|
| Height | **1.66 metres** |
| Weight | **61 kilograms** |
| Colour of hair | **Black** |

| | |
|---|---|
| Colour of eyes | **Dark** |

## Details

| | |
|---|---|
| Language(s) spoken | **Spanish** |

## Charges
*Published as provided by requesting entity*

ORGANIZACIONES TERRORISTAS

The Notices data on this website is updated every hour.

This extract of the Notice has been approved for public dissemination

### If you have any information please contact

Your national or local police

[INTERPOL General Secretariat](#)