

# JUZGADO ESPECIALIZADO DE INSTRUCCIÓN "B"

Boulevard Tutunichapa, Centro Integrado de Justicia Penal "Doctor Isidro Menéndez", Edificio "C", primera planta
Teléfono: 2231-8670   Telefax: 2231-8630 y 2231-8631

San Salvador, 29 de mayo de 2018

Oficio No. **3622**
SEÑOR JEFE DEL DEPARTAMENTO DE
DISPOSICIONES JUDICIALES DE LA
POLICIA NACIONAL CIVIL
P R E S E N T E



Atentamente solicito a usted ordenar a quien corresponda, **HACER EFECTIVA LA ORDEN DE CAPTURA** que se ha girado en contra de los imputados que ostenta la calidad de ausentes: 1) **CARLOS GIOVANY COREAS alias EL MORENO DE GUANACOS CRAZY (GCS)**; con documento único de identidad número ▮ de profesión u ▮ de ▮ con fecha de nacimiento ▮ hijo de ▮ estado ▮ nacido en ▮ con ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 2) MIGUEL ANGEL OSORIO ORDOÑEZ alias EL NIÑO MALO DE GIRASOLES**; quien es de ▮ años de edad, originario ▮ con fecha de nacimiento ▮ estado civil desconocido, siendo hijo de ▮ residente en ▮ con DUI ▮ a fin de corroborar su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y SEGURIDAD NACIONAL;** 3) **VICTOR MANUEL LINARES PINEDA alias EL CUETE DE SAN COCOS**; quien es nacido en ▮ hijo de ▮ residente en ▮ a quien se le atribuye su participación en los delitos de a) **HOMICIDIO AGRAVADO**, previsto y sancionado en el artículo 129 del Código Penal, en perjuicio de **MANUEL EDUARDO PINEDA SATAMARIA, ALIAS FENIX DE SAN COCO**; b) **PROPOSICION Y CONSPIRACION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de autor intelectual en perjuicio de **EL TIBURON DE SAN COCOS, DE NOMBRE HERBER WILLIAM MELENDEZ BARRIENTOS;** c) **ACTOS PREPARATORIOS, PROPOSICION Y CONSPIRACION Y ASOCIACIONES DELICTIVAS**, previsto y regulado en el artículo 52 de la Ley Reguladora de las Actividades Relativas a las Drogas en perjuicio de **LA SALUD PUBLICA,** establecidas en la compra número uno con la clica San Cocos; 4) **FRANCISCO JAVIER RAMON BARDALES alias EL VETERANO DE TRIBUS**; quien es de ▮ años de edad, originario de ▮ con fecha de nacimiento ▮ estado ▮ siendo hijo de ▮ residente en ▮ con DUI número ▮ a quien se le atribuye su participación en los delitos **de ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL,** b)

**PROPOSICION Y CONSPIRANCION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de Autor Intelectual en perjuicio de "Dámper" de nombre **LUDWIN ERNESTO AYALA MENBREÑO**; c) **PROPOSION Y CONSPIRANCION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de Autor Intelectual en perjuicio de "Zarco"; de nombre **ERICK AMILCAR RIVAS OSORIO**; d) **HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129 N° 3°, del Código Penal, en perjuicio de **FILO DE NORMANDIE**, de nombre **DOUGLAS ULISES PEÑA MACHUCA**; e) **FINANCIAMIENTO DE ACTOS DE TERRORISMO**, establecido y sancionado en el artículo 29 de la Ley Especial contra Actos de Terrorismo, en perjuicio de LA PAZ PUBLICA Y SEGURIDAD DEL PAIS; **5) MORIS ALEXANDER BERCIAN MANCHON alias EL BARNIE o BANDIDO DE NORMANDIS**; quien es de ▓ años de edad, originario de ▓ con fecha de nacimiento ▓ estado ▓ siendo hijo de ▓ residente en ▓ con DUI número ▓ a quien se le atribuye su participación en los delitos de a) **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y SEGURIDAD DEL PAIS**; b) **HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129 N° 3°, del Código Penal, en perjuicio de **FILO DE NORMANDIE**, de nombre **DOUGLAS ULISES PEÑA MACHUCA**; **6) JOSE DE LA CRUZ AGUIRRE ALIAS EL SLAYER DE TAYNI WINOS**, quien es de ▓ años de edad, fecha de ▓ originario de ▓ profesión u ▓ hijo de la señora ▓ residente en ▓ con Documento Único de Identidad número ▓ a quien se le atribuye su participación en los delitos de a) **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y SEGURIDAD DEL PAIS**; b) **PROPOSICION Y CONSPIRANCION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de Autor Intelectual en perjuicio de "Dámper" de nombre **LUDWIN ERNESTO AYALA MENBREÑO**; c) **PROPOSION Y CONSPIRANCION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de Autor Intelectual en perjuicio de "Zarco"; de nombre **ERICK AMILCAR RIVAS OSORIO**; d) **TRAFICO ILICITO DE ARMAS DE FUEGO** con calificación alternativa de **PROVISION DE ARMAS, MUNICIONES, EXPLOSIVOS, ARTICULOS SIMILARES A LAS AGRUPACIONES ILICITAS O CRIMEN ORGANIZADO** previstos y regulados en los artículos 347 y 347 – A del Código Penal en perjuicio de **LA PAZ PUBLICA**; **7) HUGO ARMANDO QUINTEROS MINEROS O HUGO ARMANDO HERNANDEZ alias EL FLACO DE FRANCIS**; quien es de ▓ años de edad, con fecha de ▓ estado ▓ siendo hijo de ▓ con Documento Único de Identidad ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL**; **8) MARLON ANTONIO MENJIVAR PORTILLO alias EL ROJO DE PARK VIEW LOCOS (PVLS)**, quien es de ▓ años de edad, de estado civil Soltero, de profesión u oficio ▓ hijo de ▓ Originario de ▓ nació el día veintinueve del mes ▓ con Documento Único de Identidad ▓ a quien se le atribuye su participación en los delitos de a) **TRAFICO ILICITO DE ARMAS DE FUEGO** con calificación alternativa de **PROVISION DE ARMAS, MUNICIONES, EXPLOSIVOS, ARTICULOS SIMILARES A**

LAS AGRUPACIONES ILICITAS O CRIMEN ORGANIZADO previstos y regulados en los artículos 347 y 347 – A del Código Penal en perjuicio de LA PAZ PUBLICA; b) FINANCIAMIENTO DE ACTOS DE TERRORISMO, establecido y sancionado en el artículo 29 de la Ley Especial contra Actos de Terrorismo, en perjuicio de LA PAZ PUBLICA Y SEGURIDAD DEL PAIS; 9)JUAN ANTONIO MARTINEZ ABREGO ALIAS MARIHUANO DE HOLLYWOOD o MARY JEANS, quien es de ███ años de edad, fecha de nacimiento ███ originario de ███ estado civil soltero, profesión u ███ hijo de ███ con Documento Único de Identidad número ███ residente en ███ a quien se le atribuyen los delitos de: a) HOMICIDIO AGRAVADO previsto y sancionado en el artículo 129 N° 3° del Código Penal, en calidad de autor intelectual en contra de la vida del sujetos alias "El Gato" de nombre MARVIN OSMIN ROBLES CANO; b) PROPOSICION Y CONSPIRANCION EN EL DELITO DE HOMICIDIO AGRAVADO, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de Autor Intelectual en perjuicio de "Zarco"; de nombre ERICK AMILCAR RIVAS OSORIO; c)PROPOSICION Y CONSPIRACION EN EL DELITO DE HOMICIDIO AGRAVADO, delito previsto y sancionado en el art. 129-A, del Código Penal, en perjuicio de alias LA BLACKY de nombre SILVIA ELIZABETH PALACIOS VALENZUELAS; d) PROPOSICION Y CONSPIRACION EN EL DELITO DE HOMICIDIO AGRAVADO previsto y sancionado en el artículo 129 – A, del Código Penal en perjuicio de pandillero de la MS chequeo "alias GARROBO" de nombre JORAN JAVIER CHAVEZ GUERRERO; e) HOMICIDIO AGRAVADO, delito previsto y sancionado en el art. 129 N° 3°, del Código Penal, en perjuicio de FILO DE NORMANDIE, de nombre DOUGLAS ULISES PEÑA MACHUCA; 10) OSCAR ALEJANDRO MARROQUIN AYALA o OSCAR ALEJANDRO AYALA alias EL GOOFY DE ACAJUTLA; quien es de ███ años de edad, albañil, ███ quien nació el día ███ en el ███ hijo de ███ con residencia en ███ con Documento Único de Identidad número ███ a quien se le atribuyen los delitos de ORGANIZACIONES TERRORISTAS previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL. 11) MARIO ERNESTO CRUZ RIVAS alias EL SAPO DE VATOS LOCOS; quien es de ███ años de edad, originario de ███ con fecha de nacimiento ███ estado civil ███ siendo hijo de ███ residente en lotificación ███ a quien se le atribuye su participación en los delitos de ORGANIZACIONES TERRORISTAS previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 12)MARIO RENE MARTINEZ PACHECO alias DUENDE O EL MONKEY O BLACK DE SAN LUIS DE SANTA ANA; De ███ albañil, hijo de los señores ███ acompañado, originario de ███ con fecha de ███ residente en ███ a quien se le atribuye su participación en los delitos de ORGANIZACIONES TERRORISTAS previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 13)HUMBERTO GARCIA alias EL CANAS DE NOVENAS; quien es de ███ originario de ███ hijo de ███ panificador, residente en ███ a quien se le atribuye su participación en los delitos de ORGANIZACIONES TERRORISTAS previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 14) RONALD ISRAEL ARAUZ alias EL HIT DE STONER; quien es de ███ años de edad, originario de ███ con fecha de nacimientos ███ hijo de ███ residente en ███ a quien se le atribuye

su participación en el delito de a) **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de LA PAZ PUBLICA y la SEGURIDAD NACIONAL; **15) HUGO ALBERTO TEJADA o HUGO ADALBERTO TEJADA alias EL GROMPY o GRUMPY O LITTLE SPIDER DE TECLAS**, quien es de ▓ años de edad, originario de ▓ con fecha de nacimiento ▓ estado ▓ conyuge desconocido, siendo hijo de ▓ residente en comunidad ▓ con DUI número ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de LA PAZ PUBLICA y la SEGURIDAD NACIONAL; **16) VILIS ERNESTO CABRERA HENRIQUEZ alias EL BILLY O EL LITTLE PAYASO DE TECLAS LOCOS**, quien es de ▓ años de edad, ▓ soltero, nació el día ▓ en ▓ hijo de ▓ con residencia en ▓ con Documento Único de Identidad número ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** **17) ROBERTO ARMANDO LOPEZ CABEZAS alias SHYPER DE LOURDES LOCOS**, de ▓ años de edad, ocupación ▓ estado civil ▓ nació el ▓ hijo de ▓ residente en ▓ con Documento Único de Identidad número ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** **18) WALTER MAURICIO TREJO MEJIA ALIAS MISTER DE ARCE**, quien es de ▓ años de edad, originario de ▓ con fecha de ▓ estado civil soltero, siendo hijo de ▓ residente en ▓ con DUI número ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL;** **19) JOSE SANTOS HENRIQUEZ DEL CID ALIAS EL SLEEPY DE WEEDAMS**, de ▓ años de edad, no registra documento único de identidad, originario de ▓ nació el día ▓ estado familiar acompañado, de ocupación u ▓ hijo de ▓ residente en ▓ a quien se le atribuye su participación en el delito de a) **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 20) JAIME ALIRIO MIRA MIXCO ALIAS EL CRAZY DE CENTRALES**, quien es ▓ años de edad, de ocupación ▓ estado ▓, nació el día ▓ en ▓ hijo de ▓ residente en ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 21) JULIO CESAR RODRIGUEZ SANCHEZ ALIAS EL DROOPY DE CENTRALES**, quien es de ▓ años de edad, ocupación ▓ estado ▓ nació el día ▓ en ▓ hijo de ▓

▓▓▓▓ residente en ▓▓▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL**; 22 **CRISTIAN MAURICIO MARTINEZ AZMITIA ALIAS EL SERIO DE HOLLYWOOD**, quien es de ▓▓ años de edad, de oficio ▓▓ acompañado con ▓▓ quien nació el día ▓▓ en ▓▓ hijo de ▓▓ con residencia en ▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ** PUBLICA y la SEGURIDAD NACIONAL; 23) **EDWIN ARMANDO RAMIREZ ALIAS CHATO DE HOLLYWOOD**, quien es de ▓▓ años de edad, fecha de nacimiento ▓▓ originario de ▓▓ estado ▓▓ profesión u ▓▓ hijo de ▓▓ residente en ▓▓ con Documento Único de Identidad número ▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL**; 24) **JOSE ROLANDO MURCIA GUTIERREZ ALIAS GRILLO DE HOLLYWOOD**, quien es de ▓▓ años de edad, originario de ▓▓ con fecha de nacimiento ▓▓ estado civil ▓▓ siendo hijo de ▓▓ residente en ▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL**; 25) **MARLON ADEMIR LUCHA CASTRO ALIAS RIDER o RYDER o RAYDER DE HOLLYWOOD**, quien es de ▓▓ años de edad, de ocupación ▓▓ soltero, nació el día ▓▓ en el ▓▓ hijo de ▓▓ con residencia en ▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL**; 26) **CARLOS EDUARDO CASTANEDA ORELLANA ALIAS EL PERICO DE HOLLYWOOD**, quien es de ▓▓ años de edad, originario de ▓▓ con fecha de nacimiento ▓▓ estado ▓▓ siendo hijo de ▓▓ residente en ▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL**; 27) **SANTOS ELIAS GUARDADO FLORES ALIAS CHOCOLATE DE HOLLYWOOD**, quien es de ▓▓ años de edad, zapatero, casado con ▓▓ nació el día ▓▓ en el municipio ▓▓ hijo de ▓▓ con residencia en ▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA** y la **SEGURIDAD NACIONAL**; 28) **CRISTIAN ALEXANDER GARCIA ALIAS EL GALLO DE MONSERRAT**, quien es originario de ▓▓ estado civil desconocido, siendo hijo de ▓▓ Ocupación ▓▓ originario de ▓▓ con fecha de nacimiento ▓▓



▮ residente en ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 29) <u>OSCAR FRANCISCO GONZALEZ LOPEZ ALIAS EL DOGGY DE HOLLYWOOD</u>**, quien es de ▮ años de edad, de ocupación ▮ estado civil soltero, nació el día ▮ en ▮ hijo de ▮ residente en ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS**, previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 30) <u>RENE MAURICIO AVALOS CACERES ALIAS EL BLAYZER O WIZAR CRIMEN DE SANTA ROSA</u>**, quien es de ▮ años de edad, de ocupación ▮ acompañado ▮ nació el día ▮ en ▮ hijo de ▮ con residencia en ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 31) <u>ROLANDO ALBERTO CASTRO CRUZ ALIAS EL SANGRE DE BIG CRAZY</u>**, quien es de ▮ años de edad, originario de ▮ con fecha de nacimiento ▮ estado civil acompañado, siendo hijo de ▮ residente en ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 32) <u>FELICIANO NAVARRO ALIAS EL SNOOPY O SOMPOPO DE PINOS</u>**, quien es de ▮ años de edad ▮ acompañado con ▮ nació el día ▮ en ▮ hijo de ▮ con residencia en ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 33) <u>DAVID BENJAMIN CASTRO ALIAS EL REBELDE DE CABAÑAS</u>**, con registro de nacimiento según partida ▮ del libro que se llevó en el año de ▮ en la ▮ nacido el ▮ en ▮ hijo de ▮ residente en ▮ a quien se le atribuye su participación en los delitos de **a)ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo; **b) HOMICIDIO AGRAVADO**, previsto y sancionado en el artículo 129 N° 3° del Código Penal, en calidad de autor intelectual en perjuicio de pandillero de la MS chequeo "alias" GARROBO" DE NOMBRE **JORAN JAVIER CHAVEZ GUERRERO; 34) <u>GEOVANI EDGARDO VELASQUEZ VELASQUEZ ALIAS EL DUPLEX DE PROYECTOS</u>**, quien es de ▮ años de edad, fecha de nacimiento ▮ originario del ▮ profesión u ▮ estado familiar soltera, hijo de ▮ residente en ▮ con Documento Único de Identidad número ▮ a quien se le atribuyen los

delitos de: **a) ORGANIZACIONES TERRORISTAS** y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL, b) HOMICIDIO AGRAVADO** previsto y sancionado en el artículo 129 N° 3° del Código Penal, en calidad de autor intelectual en perjuicio de pandillero de la MS chequeo "alias" GARROBO" DE NOMBRE **JORAN JAVIER CHAVEZ GUERRERO; 35) <u>WALTER ALEXANDER LOPEZ ALIAS EL SPYDER O ARAÑA DE MORAZANES</u>**, quien es de ▉ años de edad, originario ▉ con fecha de nacimiento ▉ estado civil soltero, siendo hijo de ▉ residente en ▉ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL, 36) <u>LUIS MIGUEL FLORES LOPEZ ALIAS EL SICARIO DE ALASKAS</u>**, quien es de ▉ años de edad, originario de ▉ estado ▉ siendo hijo de ▉ residente en ▉ con DUI número ▉ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 37) <u>DAGOBERTO SARAVIA ESCOBAR ALIAS WAYNO o WAINO DE ALASKA</u>**, quien es de ▉ años de edad, ▉ soltero, quien nació el día tres de abril de mil ▉ en el ▉ hijo de ▉ con residencia en ▉ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 38) <u>LUIS MIGUEL CRUZ FIGUEROA ALIAS GATO DE ALASKA</u>**, quien es de ▉ años de edad, ocupación ▉ estado civil acompañado ▉ nació el día ▉ hijo de ▉ residente en ▉ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio **DE LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 39) <u>CARLOS ANTONIO FLORES MIGUEL ALIAS EL PANA DE GANSTER</u>**, quien es de ▉ años de edad, originario de ▉ con fecha de nacimiento ▉ estado civil soltero, siendo hijo de ▉ residente en ▉ con DUI número ▉ a fin de corroborar su participación en los delitos de **a) ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de la **PAZ PUBLICA Y LA SEGURIDAD NACIONAL; b) HOMICIDIO AGRAVADO**, previsto y sancionado en el artículo 129 N° 3° del Código Penal, en calidad de autor intelectual en perjuicio de pandillero de la MS chequeo "alias" GARROBO" de nombre **JORAN JAVIER CHAVEZ GUERRERO; 40) <u>CRUZ ISRAEL NUÑEZ PEREZ ALIAS EL CACHORRO DE GUANACOS CRAZY</u>**, quien es de ▉ años de edad, con fecha de nacimiento ▉ nacido en, ▉ hijo de ▉ profesión u ▉ reporta dirección en ▉ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 41) <u>MILTON ALFREDO ANAYA PERAZA o MILTON ALEXANDER ANAYA PERAZA ALIAS EL DOOPE o DOPPE</u>**

**DE GUANACOS CRAZY**, quien es de ▮ años de edad, de ▮ estado civil ▮ nació el día ▮ ▮ en ▮ hijo de ▮ ▮ con residencia en ▮ ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 42) OSCAR ALEXANDER LEON MEJIA ALIAS EL HUMILDE DE GUANACOS CRAZY**, de ▮ años de edad, fecha de nacimiento diecisiete de ▮ ▮ originario de ▮ profesión u ▮ estado familiar ▮ hijo de ▮ ▮ residente en ▮ ▮ con documento único de identidad número ▮ ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 43) GEOVANY OSWALDO AMAYA CORNEJO ALIAS CALIFA DE PARK VIEW**, de ▮ de edad, de oficio albañil, estado ▮ nació el día, ▮ en en ▮ hijo de ▮ residente en ▮ ▮ con DUI número ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 44) ROBERTO FUNES ALIAS EL SAYCO DE DEMONIOS LOCOS**, quien es de ▮ años de edad, ▮ hijo de ▮ ▮ con DUI número ▮ residente en ▮ ▮ a quien se le atribuye su participación en el delito de a) **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL: 45) SERGIO ANTONIO UMAÑA SALAMANCA ALIAS EL CYCLON DE HAMSTED**, quien es de ▮ años de edad, originario de ▮ con fecha de nacimiento ▮ estado civil soltero, siendo hijo de ▮ ▮ residente en ▮ ▮ con DUI número ▮ a quien se le atribuye su participación en los delitos de a) **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de la Paz Publica y la Seguridad Nacional; b) **ACTOS PREPARATORIOS, PROPOSICION Y CONSPIRACION Y ASOCIACIONES DELICTIVAS**, previsto y regulado en el artículo 52 de la Ley Reguladora de las Actividades Relativas a las Drogas en perjuicio de **LA SALUD PUBLICA**, en la compra 1, 2, 3 y 4 de la clica Hámster; **46) MANUEL ANTONIO PAREDES LÓPEZ ALIAS BULLET DE CRIMINAL**, quien es de ▮ años de edad, ocupación ▮ estado civil soltero, nació el día ▮ en el ▮ hijo de ▮ ▮ residente en ▮ ▮ con Documento Único de Identidad número ▮ ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS**, previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 47) ALFREDO ANTONIO AREVALO ALAIS EL MALOSO DE CRIMINAL MAFIOSO**, quien es de ▮ años de edad, fecha de nacimiento ▮ ▮ originario del ▮ ▮ profesión u ▮

████ hijo de ████ residente en ████ ████ con Documento Único de Identidad número ████ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS**, previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 48) <u>ERICK NOLBERTO CHAVARRIA LARA TRAVIESO DE PARADAS LOCOS</u>**, quien es de ████ años de edad, ████ hijo de ████ acompañado con ████ residente en ████ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 49) <u>JAIME MAURICIO ANDRADES BONILLA ALIAS LETAL DE PARK VIEW</u>**, quien es de ████ años de edad, originario de ████ con fecha de nacimiento ████ estado civil soltero, siendo hijo de ████ residente en ████ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS**, previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 50) <u>ERICK ERNESTO GARCIA NUÑEZ alias EL DELINCUENTE DE AHUACHAPANECOS</u>**; quien es ████ años de edad, de oficio albañil, soltero, quien nació el día ████ en ████ hijo de ████ con residencia en ████ con Documento Único de Identidad número ████ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 51) <u>WILLIAN ALEXANDER ZALDAÑA GONZALEZ ALIAS EL FILO O DUENDE DE NORMANDIS</u>**; de ocupación ████ siendo hijo de ████ Estado Civil Soltero, nació en ████ el día ████ residente en ████ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 52) <u>JUAN CARLOS CARIAS VASQUEZ o JUAN CARLOS VASQUEZ CARIAS alias EL PLAYER DE STONER</u>**, de ████ años de edad, comerciante, hijo de ████ casado con ████ Lugar y Fecha de nacimiento ████ residente en ████ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 53) <u>VLADIMIR ANTONIO AREVALO SANCHEZ, ALIAS VAMPIRO DE MONSERRAT</u>**, de ████ años, Comerciante, CON Documento Único de Identidad número ████ hijo de ████ Casado con ████ fecha de nacimiento de ████ en ████ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 54) <u>HENRY WILLIAM TORRES ALIAS EL RUDO DE HOLLYWOOD</u>**, quien es de ████ años de edad, ocupación ████ estado civil acompañado ████ nació el día ████ en el ████ hijo de ████ residente en ████ a quien se le atribuye su participación en el delito de a)**ORGANIZACIONES TERRORISTAS** previsto y regulado en

el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 55) <u>LUIS CARLOS DUBON CUELLAR ALIAS EL DONKY DE DIABOLICOS MAFIOSOS</u>**, quien es de       años de edad, originario de                                con fecha de nacimiento                                        estado civil soltero, siendo hijo de                                                                                    , residente en                                                                                              con DUI número                              a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** 56) **<u>JOSE ROBERTO OSORIO MONOTA O JOSE ROBERTO OSORIO MONTANO ALIAS EL SLOW DE GUANACOS CRAZY</u>**, quien es de              años de edad, ocupación                    estado civil soltero, nació el día                                                              en                                                                                                  hijo de                                                  residente en                                                                a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** 57) **<u>ELMER DIAZ HERNANDEZ ALIAS EL TOPO DE SAN LUIS LA HERRADURA,</u>** quien es de ocupación                    siendo hijo de:                                              estado Civil,                                                  quien nació en                                                                                                                                       residente en                                                                                                                      con Documento Único de Identidad número                              a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS**, previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** 58) **<u>JORGE ALBERTO HERNANDEZ alias SNAP DE NOVENA</u>;** quien es de              años de edad, ocupación                estado                                nació el día                                            en                                              hijo de                                            residente en                                                                                                          a quien se le atribuye su participación en el delito de a) ORGANIZACIONES TERRORISTAS previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 59)**<u>EDWIN GEOVANY LINARES MORALES O EDWIN GEOVANY MORAN LINARES ALIAS EL NEGRO O MORENO DE PORTEÑOS</u>**, quien es originario de                          estado civil desconocido, siendo hijo de                                                      residente en                                                                                            a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL;** 60) **<u>CARLOS EDUARDO GALAN GARCIA ALIAS EL PRINCE DE WESTER (WLS),</u>** quien es de       años de edad, originario                              con fecha de nacimiento                      estado civil acompañado, conyugue desconocido, siendo hijo de                                                                    residente en                                                                                                          a quien se le atribuye su participación en el delito de a) ORGANIZACIONES TERRORISTAS previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** 61) **<u>EFRAIN FRANKLIN BERNAL RODRIGUEZ alias EL FOX DE FULTON;</u>** quien es de              años de edad,              Casado con                                    nació el día                                        en S            hijo de                                                                                con residencia en la                                                                                  a quien se le atribuye su participación en el delito de **ORGANIZACIONES**

**TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL; 62) WILLIAM ALEXANDER HERNANDEZ ALIAS GUANACO DE BIG CRIMINAL**, quien es de ▓ años de edad, de profesión u oficio ▓ siendo hijo de ▓ Estado Civil Soltero, Lugar de nacimiento ▓ fecha de nacimiento ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS**, previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 63) WILFREDO EDGARDO FUENTES VENTURA ALIAS EL FELINO DE SAYLOR,** quien es de ▓ años de edad, ▓ originario de ▓ con fecha de nacimiento ▓ hijo de los señores ▓ acompañado con la señora ▓ registra dirección de residencia en ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 64) LORENZO FERNANDEZ CAMINOS ALIAS EL CONEJO O RABIT DE CENTRALES**, quien es de ▓ años de edad, originario de ▓ con fecha de nacimiento ▓ estado civil acompañado, siendo hijo de ▓ residente en lotificación ▓ con DUI número ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 65) EDGAR ANTONIO AREVALO ARRUE ALIAS EL SPARKY DE NORMANDIS**, quien es de ▓ años de edad, originario de ▓ nació el día ▓ hijo de ▓ acompañado con ▓ residente ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 66) ÓSCAR GEOVANY SANTOS MEDRANO, ALIAS EL VENDAVAL DE NORMANDIE**, de ▓ años de edad, hijo de los señores ▓ Ocupación ▓ estado familiar soltero, originario de ▓ con fecha de nacimiento ▓ con residencia en ▓ y registra el Documento Único de Identidad número ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 67) DANY FREDY RAMOS MEJIA ALIAS EL CISCO DE TECLAS**, quien es de ▓ años de edad, originario del ▓ con fecha de nacimiento ▓ estado civil acompañado, teniendo como compañera de vida a la ▓ siendo hijo de ▓ residente en ▓ con DUI número ▓ a quien se le atribuye la comisión del delito de a) **ORGANIZACIONES TERRORISTAS** y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL,** b) **ACTOS PREPARATORIOS, PROPOSICION Y CONSPIRACION Y ASOCIACIONES DELICTIVAS,** previsto y regulado en el artículo 52 de la Ley Reguladora de las Actividades Relativas a las Drogas en perjuicio de **LA SALUD PUBLICA; 68) OSCAR LEONEL JOVEL MARTINEZ alias EL MISTERIO O SAPO DE ZARAGOZA**, quien es de ▓ años,

albañil, acompañado con ▓▓▓ nació el día ▓▓▓ en ▓▓▓ hijo de ▓▓▓ registra como dirección de residencia ▓▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS**, previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** 69) <u>**JONATHAN DE JESUS TORRES CALDERON ALIAS EL INFIERNO DE PROYECTOS LOCOS**</u>, quien es ▓▓▓ años de edad, fecha de nacimiento ▓▓▓ originario ▓▓▓ profesión u oficio ▓▓▓ estado familiar soltero, hijo de ▓▓▓ residente en ▓▓▓ con Documento Único de Identidad número ▓▓▓ a quien se le atribuye su participación en los delitos de a) **PROPOSION Y CONSPIRANCION EN EL DELITO DE HOMICIDIO** AGRAVADO, delito previsto y sancionado en el art. 129-A, del Código Penal, autor intelectual en calidad de Autor Intelectual en perjuicio de "Dámper" de nombre **LUDWIN ERNESTO AYALA MENBREÑO;** b) **PROPOSION Y CONSPIRANCION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de Autor Intelectual en perjuicio de "Zarco"; de nombre **ERICK AMILCAR RIVAS OSORIO;** c) **HOMICIDIO AGRAVADO** previsto y sancionado en el artículo 129 N° 3° del Código Penal, en calidad de autor intelectual en perjuicio de pandillero de la MS chequeo "alias GARROBO" de nombre **JORAN JAVIER CHAVEZ GUERRERO;** 70) <u>**CARLOS ERNESTO LOPEZ O CARLOS ERNESTO AMAYA LOPEZ ALIAS MISTERIO DE GUANCOS LITTLE SAYCOS;**</u> quien es de ▓▓▓ años de edad, con fecha de nacimiento ▓▓▓ estado civil acompañado, ▓▓▓ siendo hijo de ▓▓▓ residente en ▓▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL;** 71) <u>**JOSE ADONAY RAMOS GRANADOS alias EL PUPET SAN COCOS;**</u> quien es de ▓▓▓ años de edad, ocupación ▓▓▓ estado civil acompañado con ▓▓▓ nació el día ▓▓▓ en ▓▓▓ hijo de ▓▓▓ residente en ▓▓▓ con Documento Único de Identidad número ▓▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** 72<u>**) OSCAR MAURICIO ORTIZ MARTINEZ ALIAS EL DEMENTE O PLAYER DE TEXAS LITTLE SAYCO**</u>, quien es de ▓▓▓ años de edad, ocupación ▓▓▓ soltero, nació el día, ▓▓▓ en ▓▓▓ hijo de ▓▓▓ con residencia en ▓▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** 73) <u>**OSCAR RENE MORALES SERRANO ALIAS PADRE O PORKY DE GANSTER**</u>, quien es de ▓▓▓ años de edad, ▓▓▓ soltero nació el día ▓▓▓ en ▓▓▓ hijo de ▓▓▓ con residencia en ▓▓▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de

la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL;** **74** <u>**JORGE ALEXANDER DE LA CRUZ alias EL CRUGER O GRANDIOSA DE PEATONALES**</u>, quien es de ▓ años de edad, fecha de nacimiento ▓ originario del ▓ profesión u ▓ hijo de ▓ acompañado con ▓ residente en ▓ con Documento Único de Identidad ▓ y número de licencia de conducir número ▓ a quien se le atribuye su participación en los delitos de **a) PROPOSION Y CONSPIRANCION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de Autor Intelectual en perjuicio de "Dámper" de nombre **LUDWIN ERNESTO AYALA MENBREÑO; b) PROPOSION Y CONSPIRANCION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de Autor Intelectual en perjuicio de "Zarco"; de nombre **ERICK AMILCAR RIVAS OSORIO; c) PROPOSICION Y CONSPIRACION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de coautor, en perjuicio de alias **LA BLACKY DE NOMBRE SILVIA ELIZABETH PALACIOS VALENZUELAS; d) TRAFICO ILICITO DE ARMAS DE FUEGO** con calificación alternativa de **PROVISION DE ARMAS, MUNICIONES, EXPLOSIVOS, ARTICULOS SIMILARES A LAS AGRUPACIONES ILICITAS O CRIMEN ORGANIZADO** previstos y regulados en los artículos 347 y 347 – A del Código Penal en perjuicio de **LA PAZ PUBLICA; e) ENCUBRIMIENTO REAL**, previsto y regulado en el artículo 43 de la Ley Reguladora de las Actividades Relativas a las Drogas en perjuicio de **LA SALUD PUBLICA; f) PROPOSICION Y CONSPIRACION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en perjuicio de **CINCO MIEMBROS DE LA CLICA BIG CRAZY, ENTRE ELLOS DREAMER DE BIG CRAZY**, de nombre **JOSE MAURICIO MEJIA AROCHI; g) HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129 N° 3°, del Código Penal, en perjuicio de **FILO DE NORMANDIE**, de nombre **DOUGLAS ULISES PEÑA MACHUCA; h) FINANCIAMIENTO DE ACTOS DE TERRORISMO**, establecido y sancionado en el artículo 29 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y SEGURIDAD DEL PAIS; 75)** <u>**GUSTAVO ADOLFO MARTINEZ, alias EL MALIGNO DE PARK VIEW LOCOS (PVLS)**</u>, de ▓ años, estudiante, con Documento Único de Identidad número ▓ hijo de ▓ acompañado con ▓ originario de ▓ con fecha de nacimiento ▓ residente en ▓ a quien se le atribuye su participación en los delitos de **FINANCIAMIENTO DE ACTOS DE TERRORISMO**, establecido y sancionado en el artículo 29 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y SEGURIDAD DEL PAIS; 76)** <u>**CARLOS OVIDIO CALDERON ZACAPA alias SPEEDY DE SAN COCOS**</u>, de ▓ años de edad, de profesión u ▓ con Documento Único de Identidad número ▓ acompañado con ▓ originario del ▓ hijo de ▓ residente en ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 77)** <u>**REYNALDO ROBINSON QUILIZAPA VILLALTA, EL CEMENTERIO O TIO DE NORMANDIS**</u>, quien es de ▓ años de edad, originario de ▓ con fecha de nacimiento ▓ estado civil ▓ siendo hijo de ▓ residente en ▓ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA**

PAZ PUBLICA Y LA SEGURIDAD NACIONAL; 78) **SAUL ELISEO AGUILAR MORALES ALIAS BLAKY DE LA NOVENA CALLE,** de ▮ años de edad, originario de ▮ quien nació el día ▮ hijo de ▮ residente en ▮ profesión ▮ estado civil soltero, a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** 79) **EDWIN ENRIQUE PEREZ AGUILAR, ALIAS EL GOOFY DE JOYAS**, de profesión ▮ con documento Único de identidad número ▮ hijo de ▮ acompañado con ▮ originario de ▮ con fecha de nacimiento ▮ residente en ▮ a quien se le atribuye su participación en los delitos de a) **HOMICIDIO AGRAVADO** previsto y sancionado en el artículo 129 N° 3° del Código Penal, en calidad de coautor intelectual en contra de la vida del sujetos alias "El Gato" de nombre **MARVIN OSMIN ROBLES CANO**; b) **PROPOSION Y CONSPIRANCION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de Autor Intelectual en perjuicio de "Dámper" de nombre **LUDWIN ERNESTO AYALA MENBREÑO**; c)**PROPOSION Y CONSPIRANCION EN EL DELITO DE HOMICIDIO AGRAVADO**, delito previsto y sancionado en el art. 129-A, del Código Penal, en calidad de Autor Intelectual en perjuicio de "Zarco"; de nombre **ERICK AMILCAR RIVAS OSORIO;** 80) **LIBIO ERNESTO MARTINEZ, alias EL LARBA DE IBERIAS;** quien es de ▮ años de edad, ▮ acompañado con ▮ nació el día ▮ en ▮ hijo de ▮ con dirección de residencia ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** 81) **WILLIAN ALFREDO CRUZ SERRANO ALIAS SPYDER DE SAN MARCOS**, de ▮ años de edad, hijo de ▮ ocupación ▮ acompañado con ▮ Originario del ▮ con fecha de nacimiento diecinueve de ▮ residente en ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA Y LA SEGURIDAD NACIONAL;** 82) **SANTOS SERVELIO CHIRINO MELENDEZ ALIAS EL POPEYE DE DIRECTOS,** quien es de ▮ años de edad, ocupación ▮ estado civil soltero, nació el día ▮ en el municipio de ▮ hijo de ▮ residente en ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL;** 83) **DIONISIO OSWALDO MEDINA MENDEZ O MOLINA MENDEZ ALIAS EL PONY DE SOUTH CITY,** quien es de ▮ años de edad, ▮ nacido en ▮ el ▮ hijo de ▮ residente en ▮ a quien se le atribuye su participación en el delito de **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL** y 84) **JIMMY ALEXANDER SAYES SALGUERO ALIAS EL KILLER O CHIBOY DE NOVENA;** de ▮ años de edad, con Documento Único de Identidad Numero ▮ hijo de ▮ estado civil soltero, nació el día ▮ en el ▮

█████████████████████ a quien se le atribuye su participación en los delitos de a) **ORGANIZACIONES TERRORISTAS** previsto y regulado en el artículo 13 de la Ley Especial contra Actos de Terrorismo, en perjuicio de **LA PAZ PUBLICA y la SEGURIDAD NACIONAL.**

Lo anterior en virtud de habérseles <u>**DECRETADO LA MEDIDA CAUTELAR DE LA DETENCION PROVISIONAL, DURANTE LA CELEBRACIÓN DE AUDIENCIA ESPECIAL DE IMPOSICIÓN DE MEDIDAS CAUTELARES.**</u>

Por lo que deberán ser puestos inmediatamente a la orden de este Juzgado una vez capturados.

Lo que hago de su conocimiento para los efectos legales correspondientes.

DIOS UNION LIBERTAD

LICDA. ANA AMERICA LORENA RODRIGUEZ AVELAR
JUEZA ESPECIALIZADA DE INSTRUCCIÓN.

C/B 13-18 (5-7)
FISCALIA: 85-UCCO-2016