


*Orden de captura*
*09-01-25*

**TRIBUNAL QUINTO CONTRA EL CRIMEN ORGANIZADO, JUEZ "2"**
*Edificio B1, Centro Integrado de Justicia Penal "Dr. Isidro Menéndez", Boulevard Tazumichapa, Centro de Gobierno.*
*Teléfono: No. 2231-8736.*
*t5comtracrimenorganizadoj2.ss@oj.gob.sv*

San Salvador, 06 de enero del 2025.-
Ref.: 81-3-24/T5CCO/2.

Oficio N° 29
Unidad de Disposiciones Judiciales
Policía Nacional Civil
Presente.-

517265
517266

Atentamente y por este medio de conformidad a lo prescrito en el artículo 329 del Código Procesal Penal, le **REITERO**, **LA ORDEN DE CAPTURA**, solicitada en su momento oportuno por el <u>Tribunal Segundo Contra el Crimen Organizado Juez Tres</u>, mediante oficio N° 2189 de fecha veintitrés de agosto del año dos mil veinticuatro, contra los imputados quienes poseen calidad de **Rebeldes**:

1. **RENE IGNACIO SIFONTES CORDOVA**: alias "RENE o SIFONTES", con rango de Colaborador, en esa época de ▮▮▮ años de edad, quien es hijo de la señora ▮▮▮ ▮▮▮ quien nació el ▮▮▮ ▮▮▮ en la ciudad de ▮▮▮, panificador, residente en ▮▮▮ ▮▮▮ a quien se **CONDENÓ** a cumplir la pena de **CUATRO AÑOS DE PRISIÓN**; por el delito calificado definitivamente como **AGRUPACIONES ILÍCITAS**, previsto y sancionado en el Art. 345 del Código Penal, en perjuicio de **LA PAZ PUBLICA**.

2. **VLADIMIR ANTONIO AREVALO CHAVEZ**, alias "VAMPIRO", con rango de Palabrero, en esa época de ▮▮▮ años de edad, con fecha de nacimiento del ▮▮▮ ▮▮▮ originario de ▮▮▮ siendo hijo de ▮▮▮ ▮▮▮ quien se identifica por medio de su Documento Único de Identidad número ▮▮▮ ▮▮▮ reside en ▮▮▮ ▮▮▮ a quien se **CONDENÓ** a cumplir la pena, según el detalle siguiente:
a) **CATORCE AÑOS DE PRISIÓN**; por el delito calificado definitivamente como

AGRUPACIONES ILÍCITAS, previsto y sancionado en el Art. 345 del Código Penal, en perjuicio de LA PAZ PÚBLICA, y b) VEINTICINCO AÑOS DE PRISIÓN; por el delito calificado definitivamente como HOMICIDIO AGRAVADO, previsto y sancionado en el art. 128 y 129 numerales 3 y 7 del Código Penal, en perjuicio de EMERSON GABRIEL SÁNCHEZ CARRILLO.

Asimismo, le INFORMO, que los imputados anteriormente aludidos, pasan a la orden y disposición del *Juzgado Cuarto de Vigilancia Penitenciaria y Ejecución de la Pena de San Salvador*, por haberse declarado la firmeza de la sentencia definitiva pronunciada por este tribunal *a las ocho horas con treinta minutos del día seis de enero del año dos mil veinticinco*; por lo cual, al encontrarse vigente la orden de captura de los imputados *supra mencionados*, una vez capturados deberán ser puesto a la orden y disposición de la oficina aludida.

Lo que informo para los efectos de ley correspondientes.

DIOS UNIÓN LIBERTAD



Jueza del Tribunal Quinto Contra El Crimen Organizado
Juez "2°" de San Salvador

# TRANSLATED ARREST WARRANT OF VLADIMIR ANTONIO AREVALO CHAVEZ

FIFTH COURT AGAINST ORGANIZED CRIME,
JUDGE "2"

San Salvador, January 6, 2025

Official Document No. 29
Judicial Provisions Unit, National Civil Police Present.

Sincerely and hereby in accordance with the provisions of Article 329 of the Code of Criminal Procedure, I REITERATE THE ARREST WARRANT, requested in due time by the Second Court Against Organized Crime, Judge Three, through official document No. 2189 dated August 23, 2024, against the defendants who are considered Rebels:

...

2. VLADIMIR ANTONIO AREVALO CHAVEZ, alias "VAMPIRO", with the rank of Palabrero, ▇▇▇ years of age at that time, with a date of birth of ▇▇▇ originally from ▇▇▇ son of ▇▇▇ who identifies himself by means of his Salvadoran Unique Identity Document number ▇▇▇ resides in ▇▇▇ who was SENTENCED to serve the sentence, according to the following details: a) FOURTEEN YEARS IN PRISON; for the crime definitively classified as ILLICIT ASSOCIATIONS, provided for and punished in Article 345 of the Penal Code, to the detriment of PUBLIC PEACE, and b) TWENTY-FIVE YEARS IN PRISON; for the crime definitively classified as AGGRAVATED HOMICIDE, provided for and punished in Article 128 and 129, sections 3 and 7 of the Penal Code, to the detriment of EMERSON GABRIEL SÁNCHEZ CARRILLO.

Likewise, I INFORM you that the defendants are now at the order and disposal of the Fourth Court of Penitentiary Surveillance and Execution of Sentences, of San Salvador, since the final sentence pronounced by this court at eight thirty in the morning on January 11, 2020, has been declared final. Therefore, since the arrest warrant for the aforementioned defendants is still in effect, once captured, they must be placed at the order and disposal of the aforementioned office

This information is provided for the corresponding legal purposes.

GOD UNION LIBERTY

**Judge of the Fifth Court Against Crime**
**Judge 2 of San Salvador**