[EMBLEM]     FIFTH COURT AGAINST ORGANIZED CRIME,
JUDGE "2"
Building B1, Dr. Isidro Menéndez Integrated Criminal Justice     [EMBLEM]
Center, Boulevard [illegible], Government Center
Telephone number to 231–8736
[Illegible Email address]

San Salvador, January 6, 2025
REF: [Illegible number]

Document No. 29
Judicial Provisions Unit
National Civil Police
Present

　　　Respectfully and hereby in accordance with the provisions of Article 329 of the Criminal Procedure Code, **I REITERATE THE ARREST WARRANT**, requested in due time by the Second Court Against Organized Crime, Judge Three, through document No. 2189 dated August 23, 2024, against the defendants who possess the quality of **Rebels:**

1. **RENEE IGNACIO SIFONTES CORDOVA**: alias "**RENE or SIFONTES**", with the rank of **Collaborator**, at which time he was ▓ years of age, who is son of ▓▓▓▓▓ who was born on ▓▓▓ in the city of ▓▓▓ resides in ▓▓▓ who was **SENTENCED** to serve the sentence of **FOUR YEARS IN PRISON**: for the crime definitely classified as **ILLICIT GROUPINGS**, provided for and sanctioned in Article 345 of the Penal Law to the detriment of **THE PUBLIC PEACE**.

2. **VLADIMIR ANTONIO AREVALO CHAVEZ**, alias "**VAMPIRO**", with the rank of Palabrero, at which time he was ▓ years of age, with a date of birth of ▓▓▓ born in ▓▓▓, son of ▓▓▓ who identifies himself

by means of his Salvadoran Unique Identity Document number ████████████ ████████████████████████████████ resides in ████████ ██████████████████████████████████████████ who was **SENTENCED** to serve the sentence, according to the following detail: a) **FOURTEEN YEARS IN PRISON**; for the crime definitively classified as **ILLICIT GROUPINGS**, provided for and punished in Article 345 of the Penal Code, to the detriment of **PUBLIC PEACE**, and b) **TWENTY-FIVE YEARS IN PRISON**; for the crime definitively classified as **AGGRAVATED HOMICIDE**, provided for and punished in Article 128 and 129, sections 3 and 7 of the Penal Code, to the detriment of **EMERSON GABRIEL SÁNCHEZ CARRILLO**.

Similarly, **I INFORM YOU** that the above-mentioned defendants are now at the order and disposition of the Fourth Court of Penitentiary Surveillance and Execution of Sentences, of San Salvador, due to the final sentence being issued and pronounced final by this court at eight hours and thirty minutes on the day of January 6, 2025; therefore, since the arrest warrant for the aforementioned defendants is still in effect, once captured, they must be placed at the order and disposition of the aforementioned office.

This information is provided for the corresponding legal purposes.

GOD UNION LIBERTY

[signature] [seal]

_____

Judge of the Fifth Court Against Organized Crime

Judge "2" of San Salvador