The Honorable Joan M. Azrack.          June 30/2025.
United States District Judge
Eastern District of New York
820 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 21 2025 ★
LONG ISLAND OFFICE

Re: VLADIMIR ARÉVALO CHÁVEZ  22Cr:429 (JMA)

Dear Judge Azrack:

— I was Extradited on Feb-22-2023 under false accusation's, i was Processed in Mexico where i resided with my wife and children for 7yr's, From 2016 to 2023. Under 12 hour's from the date above i was in a Federal prison in texas (Houston). Without Previous Notice to my Country of origins, El Salvador does not have Extradition to no other Country in the world, in texas i was registered and Photographed on my arrival.

— I was Presented in the State of houston to appear in 2 Courts, the 1st was for the Charges and the 2nd to identify me, in both hearings was two different lawyer's that represented me. The date of my arrest on my docket is Not Correct, i was Never arrested in texas on Feb-27-2023 which is false. Never in my life have i came to the United States illegally; My arrest was in Mexico in Celaya - Guanajuato on 02-22-23 in the hour's of 4:00 Am. (Kidnapping)

— In front of the Court in New York in Long Island, i was Presented in front of honorable Majistate James M Wick's on date 3-15-23 and i arrived at MDC Brooklyn 3-14-23 at 16:50 PM. Placing me in "SHU" the day before Court. Processed From Oklahoma. Subsequently on the date 4-27-23 at 11:30 AM i was Presented in front of honorable Joan M Azrack. For the 3rd time to Complete what crime's i was acused of.

RECEIVED
JUL 21 2025
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUL 21 '25 PM 2:23

— Why the government of America without any proof or conkrete proof to charge me with conspiracy while in detention under any argument criminal and political relationship with the President in function in El Salvador and his Cabinet as it was written in formal.

— to honorable, my life is in very danger if im deported. in my case i will be tortured and desposed of as it happen'd to another who was deported. My family was and is under herasment and is in danger. So im asking you your honor for urgent help to save my life and the life of my family, and my history be verified.

— Through God divine he gave you the power to install and practice and carry out the law. I pray that God keep's illuminating you with wisdom through your intention's

Thank You.

VLADIMIR ARRAY CHAVEZ
#081655-06 WEST SHU
MDC PO BOX 329002
BROOKLYN, NY 11232-9002
U.S.A

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 21 2025 ★
LONG ISLAND OFFICE

Judge: Joan M. Azrack
Clerk of Court
United States District Judge
Eastern District of New York
100 Federal Plaza Central
C.I. Islip, New York 11722.
U.S.A

11722-443800

Legal Mail.



METROPOLITAN DETENTION CENTER
80 29TH ST BKLYN, NY 11232

The enclosed letter was processed through
mail procedures for forwarding to you. The
letter was neither opened nor inspected over
If the writer raises a question or problem
which this facility has jurisdiction, you
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.

MID-ISLAND NY 117
1 JUL 2025 PM 4 L

Dog Bite Awareness