UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR NENAD VUCKOVIC |
| - against - | |
| VLADIMIR AREVALO-CHAVEZ, | Case No.: 22-CR-429 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Pursuant to 28 U.S.C. § 1746, I, NENAD VUCKOVIC, hereby declare as follows:

1. I am an Assistant Field Officer Director ("AFOD") with U.S. Immigration and Customs Enforcement ("ICE"), New York Field Office, within the U.S. Department of Homeland Security ("DHS"). I first joined ICE in October 2011 and have been in my current role since 2022. I manage a unit that focuses on the identification, apprehension and removal of criminal aliens from the United States and oversee the Institutional Hearing and Removal Program ("IHRP").

2. I regularly engage with federal and state correctional facilities. I have extensive experience working on cases involving criminal aliens in federal or state custody.

3. I have prepared this declaration at the request of the U.S. Attorney's Office for the Eastern District of New York, in connection with a directive by the Honorable Joan M. Azrack, United States District Judge for the Eastern District of New York, who inquired as to whether administrative immigration proceedings against the defendant Vladimir Arevalo-Chavez can occur prior to the resolution of the criminal case against the defendant.

4. For a criminal defendant such as Arevalo-Chavez, who is an alien in federal pre-

trial detention in the custody of the U.S. Marshals Service, there is no program by which administrative immigration proceedings can take place prior to the resolution of a defendant's criminal case. There is a program called the Federal IHRP, which is a coordinated effort between the Department of Justice's Executive Office for Immigration Review ("EOIR") and ICE, by which eligible criminal aliens who have been convicted of a crime and are serving a federal sentence can undergo administrative immigration proceedings while incarcerated to expeditiously remove them from the United States upon completion of their sentence. However, the IHRP does not extend to federal pre-trial detainees like the defendant.

5. I have reviewed the defendant's immigration records. The defendant Arevelo-Chavez was paroled into the United States solely for the purpose of criminal prosecution and does not have legal immigration status in the United States. ICE will take custody of the defendant when the criminal prosecution against him is completed or dismissed thus satisfying the purpose of the defendant's parole into the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York
This 8th day of August 2025.

NENAD VUCKOVIC
Digitally signed by NENAD VUCKOVIC
Date: 2025.08.08 15:08:05 -04'00'

_____
NENAD VUCKOVIC
Assistant Field Office Director
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security