FILED
CLERK
11/10/2025 3:42 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

①

Brooklyn New York, 2 November 2025.

Honorable Judge Joan M. Azrack.

Blessing to you. I hope this letter finds you in good health and spirits.

Well my complaint is the following. I have been placed in the Special Housing Unit (SHU) in MDC against my own will for over 33 months. I have no Disciplinary Action or Incident Report whatsoever.

The SHU is designed to Punish, Torture and Break a Man Mentally, Physically and Spiritually. Inmates who are housed in the SHU are here for Violating the Rules and Regulations of MDC and Committing Acts of Violence for example killings and stabbings on Correctional officers or inmates, Fighting, Extortion and Consuming illegal Substances. My Constitutional Rights have been Violated to be Specific my Eighth Amendment, Equal Protection of laws, torture Victim Protection Act and my Human Rights which is a direct Contradiction to the laws of the United States which Safeguards all it's inhabitants from Cruel and Unusual Punishment. I have not been given true Meaningful equal treatment compared to other inmates because while dozens and dozens of inmates do there time and leave the SHU I'm not able to get out I'm denied my Right to due Process without any real reason or explanation. I'm locked in a tiny cell 23 hours a day Monday through friday, sometimes 24 hours

a day during the week because they are short on staff. The Building is on lockdown or there's a federal Holiday and on the weekends where locked in all day. The living conditions in the SHU are inhuman The unnecessary very Bright lights in my cell are on 16 hours a day sometimes longer which has damage my Eye sight Permanently I never Needed glasses before. Now I need them because my vision has decreased substantially. The water we use to take Showers and drink from comes out yellow, the toothpaste is expired which is why I have developed Dental issues that have been Neglected for so long. The showers and toilets are full of Rust, the food we are given is not fully cooked, There's no ventilation. These small cells are designed for one man but we are forced to share a cell with another Person which makes it difficult and very uncomfortable to live in. I'm isolated from General Population and I'm Restricted and limited from all the Privileges im entitled too which makes it difficult for anybody to fight there case in court properly and Fairly. What is mostly shocking is that my charges where dropped on April of this year which Proves my innocence all along. They "Kidnapped" me from Mexico unjustifiably. The information I recieved directly from a News Publication called "Pro Public" is that I don't even appear in the

B.O.P System which was confirmed by my lawyers. It's like I don't even exist it also seems like there's a cover up or something there trying to hide. My entire experience in Solitary Confinement has caused me severe permanent trauma, suffering, mental and physical pain. I have been accused twice falsely with no evidence of trying to "Rape" the people who shared the cell with me at the time, I'm being "framed and targeted". 90% of my calls have been intercepted with foreign strangers speaking Arabic and Russian when I try to confront in Spanish whoever is on the other line the phone cuts off and I lose my one and only call I have for that week which is very unfortunate. My legal and Regular mail is being tampered with I have only recieved 5 letters from my family in 33 months and my family has only recieved approximately 15 letters in almost 3 years which is Ridiculous.

My family has tried to send me money several times over the years but I somehow never got it and it's because of the Dirty, Evil, tactics MDC and the Government have tried to play to Deteriorate my mind. I also went on a Hunger strike due to the injustices I have endured.

I suffer from claustrophobia and the pressure of being in a tiny cell everyday never goes away.

IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
NOV 10 2025
LONG ISLAND OFFICE
REC'D IN PRO SE OFFICE
NOV 10 '25 PM 3:01
EDNY PRO SE OFFICE

22-cr-429-JMA-AYS-L

the fight for Sanity Never goes away Depression, Sadness, loss and the desperate need not to feel those feelings for fear of being overwhelmed by them. From everything I endured I have developed significant long term Negative Mental side effects like Panic Attacks, Hallucination, Anxiety, Paranoia, Hypersensitivity, Difficulty Remembering, concentrating and thinking. Solitary Confinement is a Harsh Measure which is Contrary to Rehabilitation the aim of the Penitentiary Sistem.
The Practice of Segregation amounts to torture and widespread Abuse, it's Serious Deprivation of Basic Human Needs. Who has the Authority to disregard GOD's law to treat one as you want to be treated not only GOD's law but State and federal too.
I ask you to Please Intervene and Rectify this Matter as soon as possible No Justice, no Peace.

Sincerely,
Vladimir Antonio Arévalo Chávez
081655-06

I'm Not informant nor collaborate. the truth is other.

Vladimir Arévalo Chávez
#08165506 "West SHU"
MDC PO Box 329002
Brooklyn, New York
11232-9002
USA.

Judge: Joan M. Azrack.
Clerk of Court
United States District Judge
Eastern District of New York
100 Federal Plaza Central
Islip, New York 11722
U.S.A.

Legal Mail

Legal Mail

Legal Mail

Legal Mail

Legal Mail

Sent 02 Nov. 2025