# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG

62 WILLIAM STREET  
9TH FLOOR  
NEW YORK, N.Y. 10005

(212) 608-0808  
Cell: (917) 847-1361

*NY AND CALIF. BARS

February 10, 2026

Honorable Joan M. Azrack  
United States District Judge  
Eastern District of New York  
100 Federal Plaza  
Central Islip, NY 11722

<u>Consent request for a continuance</u>

RE: United States v. Vladimir Antonio Arevalo-Chavez  
<u>Docket No. 22-429 (JMA)</u>

Your Honor:

I am writing on behalf of my partner, Louis M. Freeman, and myself, who jointly represent Mr. Arevalo-Chavez, to respectfully request a continuance of the status conference scheduled for tomorrow, February 11, 2026 at 12:30 p.m. for approximately sixty days.

We are about to receive a new batch of discovery which I understand is fairly voluminous, and we would like the opportunity to review it before the status conference.

On behalf of our client we respectfully consent to the exclusion of the time until the next conference pursuant to the Speedy Trial Act.

We have communicated with AUSA Justina Geraci and she has no objection to this request. I understand that all of the other defense counsel who would have expected to be present for tomorrow's conference are also seeking the same relief.

Thank you very much for the Court's consideration of this application.

Sincerely,

 */s/ Thomas H. Nooter*
Thomas H. Nooter

cc:    AUSA Justina Geraci and all counsel by ECF