BEFORE: JOAN M. AZRACK　　　　　　　　　　　　DATE: 4/8/2026
UNITED STATES DISTRICT JUDGE　　　　　　　　TIME: 12:00 PM (20 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**FILED**
**CLERK**

4/8/2026 2:20 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DOCKET NO.  22-cr-429**

**DEFENDANT: Vladimir Arevalo-Chavez**　　　　　　**DEF. #: 1**
☒ Present　　☐ Not present ☒ Custody　　☐Bail
**DEFENSE COUNSEL:  Thomas Nooter**
☐ Federal Defender　　　　☒ CJA　　　☐ Retained

**DEFENDANT: Jose Wilfredo Ayala-Alcantara**　　　　**DEF. #: 2**
☐ Present　　☒ Not present ☐ Custody　　☐Bail
**DEFENSE COUNSEL: Donald Dennis DuBoulay**
☐ Federal Defender　　　　☒ CJA　　　☐ Retained

**DEFENDANT: Francisco Javier Roman-Bardales**　　　**DEF. #: 10**
☒ Present　　☐ Not present ☒ Custody　　☐Bail
**DEFENSE COUNSEL:  Murray Singer, Josh Dratel**
☐ Federal Defender　　　　☒ CJA　　　☐ Retained

**AUSA: Justina Geraci**

INTERPRETER: Nicolas Penchaszadeh (Spanish)

PROBATION OFFICER/PRETRIAL:

COURT REPORTER:  Denise Parisi 　　　　　COURTROOM DEPUTY: LMP

☒　Case Called.　　　　　☒　Counsel present for all sides.
☐　All parties consent to appear telephonically.
☐　Initial Appearance and Arraignment held.
☐　Government reminded of the Rule 5(f) obligation.
☐　Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒　Waiver of speedy trial executed; time excluded from 4/8/2026 through 10/6/2026.
☐　Order setting conditions of release and bond entered.
☐　Permanent order of detention entered.
☐　Temporary order of detention entered.
　　　☐ Detention hearing scheduled for .
☐　Bail hearing held.  Disposition:
☒　Next court appearance scheduled for 10/6/2026 at 12:00 PM before Judge Azrack in Courtroom 920 of the Long Island Courthouse.

☒　OTHER: Mr. DeBoulay waives client's appearance as he is recovering from a medical procedure. Complex case designation remains in place.

Defendants　　☐　Released on Bond　　☒　Remain in Custody.