FREEMAN, NOOTER & GINSBERG
ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

*NY AND CALIF. BARS

62 WILLIAM STREET
9TH FLOOR
NEW YORK, N.Y. 10005

(212) 608-0808
Cell: (917) 847-1361

October 1, 2026

Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Consent request for a continuance

RE: United States v. Vladimir Antonio Arevalo-Chavez
Docket No. 22-429 (JMA)

Your Honor:

I am writing on behalf of my partner, Louis M. Freeman, and myself, who jointly represent Mr. Arevalo-Chavez, to respectfully request a continuance of the status conference scheduled for October 6, 2026 to December 9, 2026, or whatever date around that time is convenient for the Court.

On behalf of our client we respectfully consent to the exclusion of the time until the next conference pursuant to the Speedy Trial Act.

We understand that the Government and all remaining defendants who may be proceeding to trial consent to this change of date.

Thank you very much for the Court's consideration of this application.

Sincerely,

*/s/ Thomas H. Nooter*
Thomas H. Nooter

cc: AUSA Justina Geraci and all counsel by ECF